*Ricardo Jabagat* (handwritten)



**ROYAL HOSPITALITY SERVICES, LLC.**

| Employee Full Name: RICARDO CALIDGUID JABAGAT |
|---|

Area Manager: Artur Grigoryan
Telephone: 1-812-589-4515
Email: agrigoryan@rhsusa.com
Area Manager Marat Haroyan
Telephone: 1-812-604-8025
Email: mharoyan@rhsusa.com

**Host Site: Biloxi MS**

Beau Rivage Casino
875 Beach Blvd,
Biloxi, MS 39530

**Available positions:**
**Housekeeping**
1. Training Wage p/ hour: $8.00 p/hour, Over Time $12.00 p/hour
2. Regular Wage p/per room: $4.75 per credit (minimum 14 up to 18 rooms per day 4 to 5 days a week).
3. Swing shift G.R.A p/hour: $9.00 p/hour, Over Time $13.50 p/ hour
4. General Cleaner p/hour: $8.00 p/ hour, Over Time $12.00 p/ hour
5. Pool attendant p/hour: $8.00, Over time $12.00 p/hour
6. PAD General Cleaner p/hour: $8.00 p/ hour, Over Time $12.00 p/ hour

*Lunch at work: provided at no cost*

Carry linens, towels, toilet items, and cleaning supplies, using wheeled carts.
Clean rooms, hallways, lobbies, lounges, restrooms, corridors, elevators, stairways, locker rooms, and other work areas so that health standards are met.
Empty wastebaskets, empty and clean ashtrays, and transport other trash and waste to disposal areas.
Replenish supplies, such as drinking glasses, linens, writing supplies, and bathroom items.
Keep storage areas and carts well-stocked, clean, and tidy.
Dust and polish furniture and equipment.
Sweep, scrub, wax, or polish floors, using brooms, mops, or powered scrubbing and waxing machines.
Clean rugs, carpets, upholstered furniture, and draperies, using vacuum cleaners and shampooers.
Wash windows, walls, ceilings, and woodwork, waxing and polishing as necessary.
Clean guest rooms to hotel standards. Job duties include requires use of chemicals.

**The participant may wait up to 7 business days to begin work.**

**Dates of Employment: Start: 07/21/2010        End: 12/10/2010**

**Frequency of Pay:** First paycheck may take from 2 and up to 4 weeks depending time of arrival, every two weeks thereafter, distributed on Wednesday.

237 N. Peters Street 4th Floor, New Orleans, LA 70130: Ph. 504.324.6741, Fax. 504.324.6918

EXHIBIT "33"

**Is Housing Available:** YES

**lease Required:** Participant must sign a minimum 2 months lease and is required to pay rent for duration.

**Housing Deposit:** $0.00

**Housing Rent:** $350.00 per month, 2-4 participants per bedroom, shared bathroom with other participants, from 4 up to 6 participants. This includes a participant signed short term lease. Basic furniture: bed, table, chairs, sofa and utilities. No linens or kitchen utensils provided.

**Walking Distance:** 15-20 minutes

**Policy & Requirements:** Participant must read, agree, and sign the "Conditions of Housing and Employment" and submit the form to the US sponsor and Royal Hospitality Services prior to arrival. Participant must pay housing deposit ($0.00) and first month rent ($350.00) the day he/she arrives and must bring enough money to cover the expenses prior to the first paycheck, period that can range between 2-4 weeks. Second and last month rent will be deducted from the participant's paycheck. Rent payment is due the first day of the month. If the participant does not have full $350.00 for housing at arrival, he/she is responsible to stay in a hotel until full payment can be made, and cannot start working until this is done.

**Arrival Instructions:** Participant should fly to Gulfport MS then call to manager/ supervisor for pick up. Participants may fly to New Orleans then take the Greyhound bus to Biloxi MS. He/she must call the supervisor prior to boarding the bus to arrange the pick-up. The participant may wait up to one hour for the supervisor to pick him/her up. Complete arrival information must be sent with minimum 7 business days in advance to agrigoryan@rhsusa.com or mharoyan@rhsusa.com

Employer Full Name MARAT HAROYAN
Signature _[signature]_
Date: 07/25/2010

Employee Full Name RICARDO CALIDGUID JABAGAT
Signature _[signature]_
Date: 07/25/2010



## Conditions of Housing and Employment

Please read carefully.

### A. Housing Terms and Conditions

**Employment**
Participant/Tenant must be employed by Royal Hospitality Services to live at apartments rented by Royal Hospitality Services. If the participant is not employed, voluntary or involuntary, he/she will be required to vacate this housing within 48 hours of separation of employment except for immediate eviction issues.

**Unit Contents**
Participant/ Tenant must be responsible for the contents of the unit including furniture, fixtures, appliances, linens etc. The participant will be charged for any items found missing or damaged.

**Alternations**
Participant/Tenant agrees not to make any alterations, improvements, or additions to or upon the leased premises without first obtaining prior written approval.

**Cleaning Charge**
A cleaning charge will be assessed to each participant /tenant upon vacating the housing site if the unit is not left in a clean and readily rentable condition.

**Housing Complex Supervisor**
Should the participant/tenant have a maintenance problem with the unit, he/she should contact the housing complex supervisor.

**Fire Extinguisher/ Alarms**
Tampering with the fire extinguisher or smock detectors is considered a felony and will result in an immediate eviction from the unit.

**Guests**
No overnight visitors are allowed. Guests found sleeping overnight will result in the loss of housing privileges of the participant/tenant.

**Insurance**
The housing complex is not liable for the loss or damage to any of your personal belongings. The participant/tenant may obtain insurance for the personal belongings at his/her own expense.

**Fighting**
Any participant/tenant found physically fighting or instigating will result in immediate eviction.

**Noise**
Excessive noise will not be tolerated. Stereo, radios, etc. should always be kept at a low volume so as not to disturb other residents. Repeated infractions will result in the loss off housing privileges for the participant/tenant.

**Illegal Drugs**
Possession of illegal drugs, controlled substance, or drug paraphernalia will result in immediate eviction.

**Vandalism**
Anyone discovered in covert or blatant acts of vandalism will be immediate evicted and subject of prosecution.

237 N. Peters Street 4th Floor, New Orleans, LA 70130: Ph. 504.324.6741, Fax. 504.324.6918
www.rhsusa.com



## Weapons and Firearms
Under no circumstances, guns, knives, or any other bodily threatening weapons are allowed within the apartment complex. Individuals found harboring weapons will be immediately evicted.

## Violation of Law
Violation of any Metro, State, or Federal laws will be tolerated and could result in immediate eviction.

## Assignment
Participant/Tenant shall not assign sublet, mortgage or use as collateral for a loan or otherwise convey any interest or right in this Agreement or the less premises.

## Right to Entry
Royal Hospitality Manager or supervisor, Apartment complex Owner or representatives shall have a right to enter Leased Premises by Royal Hospitality Services for all lawful purposes, and to whatever extent necessary or appropriate, to enable them to exercise their rights under this lease.

## Pet Provisions
No pets are allowed on property or in apartment with any exception.

I have read carefully and understood the above policies and guidelines. If I should have any questions, I will address them to my US sponsor and Royal Hospitality Services prior to my arrival in the United States.

Employer **Marat Harovan**
Signature _____
Date **07/25/2010**

Participant Full Name: **RICARDO CALIDGUID JABAGAT**
Signature _____
Date **07/25/2010**

in at the start of the shift and out before leaving and follow all established departmental policies and procedures regarding leaving the floors, the building, and key control. GRA's may not leave without prior approval from a manager or supervisor and without clocking out and turning in all keys, paperwork and equipment.

## Pick-up Rooms and Suites

Any Pick-up or Touch-up rooms (late check-out) will equal ½ of a room or suite and will be paid at ½ the established room credit equivalent. The supervisor or manager must assign pick-up and touch-up rooms, **before** the GRA cleans the room to receive compensation for the ½ room credits. GRA's will not be paid additional pick-up credits if she has cleaned a departure room prior to check out and the departure status was indicated on her board when assigned. If the assigned <u>departure</u> checks out after receiving service, the GRA must return to the room and bring it to vacant clean status <u>without additional pick up credits being paid</u>. Stay over rooms, which <u>unexpectedly</u> check out, will be paid at the pick-up rate, <u>if the GRA is assigned to go back</u> and bring the room to vacant clean. The supervisor or manager must assign the pick-up room prior to the GRA completing the work.

## Room Credit Equivalents

### Stay over or Check-out
Typical room, all bed types (Deluxe, OV, Suite Connector, Hospitality) = 1 room credit
Jasmine Suite = 3 room credits
Cypress suite = 4 room credits
Beau Chene Suite = 5 room credits

### Touch-up or Pick-up
Typical room, all bed types (Deluxe, OV, Suite Connector, Hospitality) = .5 room credit
Jasmine Suite = 1.5 room credits
Cypress suite = 2 room credits
Beau Chene Suite = 2.5 room credits

### Vacant Clean "Turn-Ups" (No show rooms and suites which are Vacant Clean but in Turndown status)
Suites, all suites regardless of size or type = .5 credit
Typical Room = .25 credit

## Room Credits Cleaned Receipt

Floor supervisors are required to count total room credits on the task assignment sheet and complete a **Room Credits Cleaned Receipt** for each GRA that cleans rooms on her assigned floors. Floor Supervisors are required to turn in all receipts attached to a **Room Credit Cleaned Summary Report** daily. GRA's who clean rooms for multiple supervsiors will receive a Room Credits Cleaned Receipt from each supervisor.

GRA's will receive daily at the end of her shift, a **Room Credits Cleaned Receipt** for all room credits cleaned that shift. The supervisor and GRA are required to sign the receipt. GRA's are asked to verify the accuracy of the receipt at the time it is signed. GRA's are encouraged to maintain the copies for personal tracking purposes and compare them to the total credits paid on

their paychecks. Any discrepancies should be brought to a manager's attention immediately by filling out a **Paycheck Research Request Form**, available in the Housekeeping Scheduling Office. All task assignment sheets and tracking forms will be used to research and resolve the issue as quickly as possible.