## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**SAMBAS PERMANA**                                              **PLAINTIFF**

**v.**                                    **Civil No.: 1:14cv102-HSO-RHW**

**ROYAL HOSPITALITY SERVICES, LLC**                      **DEFENDANT**

### DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiff's Motion for Default Judgment [314],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Sambas Permana against Defendant Royal Hospitality Services, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff  Sambas Permana shall recover from Defendant Royal Hospitality Services, LLC, judgment in the amount of $77,999.43, plus costs and post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Default Judgment until paid in full.

**SO ORDERED AND ADJUDGED,** this the 6th day of June, 2016.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE